**Electronically Filed**
**Supreme Court**
**SCWC-30469**
**28-NOV-2011**
**03:53 PM**

NO. SCWC-30469

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RICHARD BLAISDELL, Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF PUBLIC SAFETY, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30469; CIV. NO. 04-1-1455)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. Nakayama, and Duffy, JJ.,
Circuit Judge Chang in place of McKenna, J., recused,
and Acoba, J., dissenting separately)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari filed on October 12, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, November 28, 2011.

| | |
|---|---|
| Richard Blaisdell, Petitioner/Plaintiff-Appellant, pro se on the application | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ James E. Duffy, Jr. |
| | /s/ Gary W. B. Chang |

